# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THERESA SUMMERS, Individually and on behalf all of others similarly situated,**<br>Plaintiff,<br><br>v.<br><br>**TH MINIT MARKETS LLC,**<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 22-2934 |

## O R D E R

**AND NOW**, this 23rd day of August, 2024, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 31), the responses thereto (ECF Nos. 36-37), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED** that Defendant's Motion (ECF No. 31) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**, and the Clerk of Court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.